**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-647

(Filed: November 17, 2015)

```
*************************************   *
                                        *
                                        *
RICHARD G. FRIES,                       *
                                        *
                                        *
                Plaintiff,              *
                                        *
v.                                      *
                                        *
THE UNITED STATES, et al.,              *
                                        *
                Defendants.             *
                                        *
*************************************   *
```

**FILED**
NOV 17 2015
U.S. COURT OF
FEDERAL CLAIMS

### DISMISSAL ORDER

On August 24, 2015, Defendant filed a motion to dismiss in <u>Fries v. United States, et al.</u>, Case No. 15-758, and this case. For the reasons explained in the Court's November 12, 2015 opinion issued in <u>Fries v. United States, et al.</u>, Case No. 15-758, Dkt. No. 6, Defendant's motion to dismiss is GRANTED. The Clerk is directed to dismiss Plaintiff's complaint without prejudice.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge